UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ONE BELL 214 HELICOPTER, Serial Number 28118,**<br><br>**ONE BELL 412 HELICOPTER, Serial Number 36403, AND**<br><br>**$2,999,930.50 OF FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT XXXXXX5559, PREVIOUSLY HELD BY AAR CORPORATION,**<br><br>**Defendants.** | Civil Action No.   20-cv-423 (RDM) |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 12th day of February, 2020, alleging that the above defendant properties are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981;

YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant property, more fully described as:

**ONE BELL 214 HELICOPTER, Serial Number 28118**, currently located in India.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: April __22__, 2021

_____
RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA